UNITED STATES DISTRICT COURT
FOR THE FLORIDA MIDDLE DISTRICT COURT
FT. MYERS DIVISION

Case No: 2:18-cv-94-FtM-99CM

**ROBERT VETTER,** individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**AMERICAN INSURANCE AGENCIES DIRECT HOLDING, INC.,** a Florida corporation,

    *Defendant*.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Robert Vetter and Defendant American Insurance Agencies Direct Holdings, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff, individually, are hereby dismissed with prejudice. All claims of unnamed putative class members are hereby dismissed without prejudice.

Dated:  August 20, 2018

| | |
|---|---|
| **HIRALDO P.A.** | **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.** |
| */s/ Manuel S. Hiraldo* | [signature] |
| Manuel S. Hiraldo, Esq. (FBN 030380) | Nicholas A. Weiss, Esq. (*admitted pro hac vice*) |
| 401 E. Las Olas Boulevard | 2029 Century Park East, Suite 3100 |
| Suite 1400 | Los Angeles, CA 90067 |
| Ft. Lauderdale, Florida 33301 | naweiss@mintz.com |
| mhiraldo@hiraldolaw.com | Telephone:  310-226-7850 |
| Telephone: 954.400.4713 | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                         By: */s/ Manuel S. Hiraldo*
                                                         Manuel S. Hiraldo, Esq.
                                                         HIRALDO P.A.
                                                         401 E. Las Olas Boulevard
                                                         Suite 1400
                                                         Ft. Lauderdale, Florida 33301
                                                         Florida Bar No. 030380
                                                         mhiraldo@hiraldolaw.com
                                                         Telephone: 954.400.4713